# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1619
Lower Tribunal No. 15-DR-005113

_____

JOSEPH W. MONTGOMERY,

Appellant,

v.

JEAN L. MONTGOMERY,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
John S. Carlin, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and WHITE, JJ., concur.


Peter B. Sekulic, of Men's Rights Law Firm, Cape Coral, for Appellant.

Michael G. Fink, of Mike Fink Law Firm, P.A., Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED